

## NUMBER 13-13-00447-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

EB INTERNATIONAL, LLC,
AND HIDALGO LOGISITICS,
LLC, D/B/A HIDALGO COLD
STORAGE, A TEXAS LIMITED
LIABILITY COMPANY,                                          Appellants,

v.

JENROB INVESTMENTS,
LP, A TEXAS LIMITED
PARTNERSHIP,                                                Appellee.

On appeal from the 332nd District Court
of Hidalgo County, Texas.

# O R D E R

Before Chief Valdez and Justices Benavides and Longoria
Order Per Curiam

This appeal was abated by this Court on October 11, 2013, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Subsequently, appellants filed a motion to dismiss the appeal on grounds that the trial court's partial summary judgment did not dispose of all claims against the parties and therefore was not a final, appealable judgment. Appellants requested that this Court dismiss the appeal. Accordingly, this Court reinstated the appeal and dismissed it. *See EB Int'l, LLC v. Jenrob Investments, LP*, No. 13-13-00447-CV, 2014 WL 495149, at *1 (Tex. App.—Corpus Christi Feb. 6, 2014, no pet.) (mem. op. per curiam).

This cause is now before the Court on a motion for rehearing filed by appellee Jenrob Investments, LP, a Texas limited partnership. According to the motion for rehearing, the summary judgment was final and appealable due to severance. Appellee requests that we correct the Court's opinion to remove the conclusion that the summary judgment was final and appealable. Appellee has also filed a supplement to its motion for rehearing, a motion for completion of record on appeal and motion for order allowing appellee to amend its motion for rehearing once the entire record is filed. Appellant has filed a motion for leave to file response to appellee's motion for rehearing and its response to motion for rehearing. The Court has granted appellant's motion for leave to file its late response.

The Court, having considered the documents on file and the pleadings before the Court, issues the following rulings. *See* TEX. R. APP. P. 42.1(a). Appellee's motion to amend its motion for rehearing is dismissed as moot and the Court will presently act on the pleadings filed to date. Without making a final determination regarding our

2

jurisdiction over this appeal or the merits thereof, appellee's amended motion for rehearing is granted. Through this order, we withdraw the opinion and judgment previously issued in this cause and this cause will remain on the Court's docket.

According to the pleadings currently before the Court, this matter remains in bankruptcy. Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended and ABATED until further order of this Court. *See* TEX. R. APP. P. 8.2. Any documents filed herein, including appellee's motion for completion of the record, will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id. R.* 8.3. After this matter is reinstated on the Court's docket, the Court will direct the parties to further brief issues pertaining to the Court's jurisdiction over this appeal.

PER CURIAM

Delivered and filed the
30th day of May, 2014.

3